# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

### NOTICE OF DOCUMENTS NOT FILED IN RECORD

(CIVIL)/CRIMINAL NO. 02-518 ~~02-418~~

_Moorman_

VERSUS

_Lowe's Home Centers Inc._

ATTACHMENTS TO

_Petition for Removal_

FILED ON 5/30/02 IN THE ABOVE CAPTIONED CASE HAVE BEEN PLACED BEHIND THE RECORD

_Beth Scott_
DEPUTY CLERK

| INITIALS | DOCKET# |
|---|---|
| BS | 2 |