

Wilhelmina C. Korevaar, MD
ABMS BOARD CERTIFIED IN PAIN MEDICINE
One Belmont Avenue, Suite 315
Bala Cynwyd, Pennsylvania 19004

Telephone: 610-660-5088
Facsimile: 610-660-5105

paindoc@concentric.net
Cell phone: 610-247-5117

## INVOICE
EIN: 23-2694232
January 15, 2007

Re:   *James Chris Moorman, et al. v. Lowe's Home Centers, Inc.*
      USDC/MDLA/Civil Action No. 01-518-A-M2

**Deposition Testimony 1/12/07 12:30 PM through 18:45 PM**

    First 90 minutes                                                              =$1375.00

    Additional 4.5 hours @ $800/hour                   =$3600.00

---

**TOTAL DUE**                                                                     =$4975.00

Please remit IMMEDIATELY
Thank you.


EXHIBIT E