```
                            ******************
                            ***  TX REPORT  ***
                            ******************

TRANSMISSION OK

TX/RX NO                    2961
CONNECTION TEL                      15045259899
SUBADDRESS
CONNECTION ID
ST. TIME                    10/31 23:41
USAGE T                     00'16
PGS. SENT                   1
RESULT                      OK
```

# REGIONAL PAIN CARE CENTER
## 1111 RAINTREE CIRCLE, SUITE 170
## ALLEN, TX 75013

To: Taylor, Wellons, Politz, Duhe APLC
1515 POYDRAS ST, SUITE 1900
NEW ORLEANS, LOUISANA 70112

FAX: 504-525-9899

Listed below are additional charges for deposition on October 30, 2006.

Medical deposition per hour: $1500.00
Deposition started at 3:00pm through 6:20pm
Bill amount: 3 hours 30min

Total Charge: $5250.00
Received:     $1500.00 (thank you)
Total Due:    $3750.00

Please make check payable to Dr. Wesley Merritt, mail to 1111 Raintree Circle, Suite 170, Allen, TX 75068.