UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES CHRIS MOORMAN, et al. | * | CIVIL ACTION |
| versus | * | No.: 02-518-A-M2 |
| LOWES HOME CENTERS, INC., et al. | * | JUDGE RALPH E. TYSON |
| * * * * * * * * * * * * * * * | * | MAGISTRATE JUDGE C. NOLAND |

### ORDER OF DISMISSAL

The court having been advised by counsel that the above action is settled;

**IT IS ORDERED** that this action is hereby **DISMISSED** as to the defendants and intervenors, without prejudice, to the right upon good cause shown within ninety (90) days, to reopen the action if the settlement is not consummated.

Baton Rouge, Louisiana, this 17th day of April, 2007.

_____
DISTRICT JUDGE